**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1779EA

_____

Billie Calloway,                                    *
                                                    *
            Appellant,                              *
                                                    *
    v.                                              *
                                                    *
Eleanor L. V. Cox, Jointly and severally            *
and her insurance carrier in her official           *
capacity as Principal with the Little               *
Rock Public School System; Little Rock              *
School District, Jointly and severally              *
and its insurance carrier in its official           *
capacity as a public school corporate in            *
its own name for the Little Rock Public             *    Appeal from the United States
School System; Allene S. Christopher,               *    District Court for the Eastern
Jointly and severally and her insurance             *    District of Arkansas.
carrier in her former official capacity as          *
Public Employee Claims Manager; Jon                 *         [UNPUBLISHED]
H. Dodson, Jointly and severally and his            *
insurance carrier in his official capacity          *
as Medical Doctor for Forest Park                   *
Medical Clinic and Cambridge                        *
Rehabilitation Center and Forest Park               *
Medical Clinic and Cambridge                        *
Rehabilitation Center Pro Se Collection             *
Agency; Gregory S. Kaczenski, Jointly               *
and severally and his insurance carrier             *
in his official capacity as                         *
Neuropsychiatrist and State Board                   *
Certified Neuropsychiatrist with                    *
Kaczenski Private Practice; Does, I                 *

through X, Inclusive,            *

                                         *

           Appellees.       *

_____

Submitted:  November 14, 1997
Filed:  November 19, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Billie Calloway appeals the district court's dismissal of Calloway's time-barred complaint asserting federal civil rights and state law claims.  Having reviewed the record and the parties' submissions, we are satisfied that the district court correctly dismissed Calloway's complaint.  We also conclude the district court's denial of Calloway's motion for appointment of counsel was not an abuse of discretion.  We thus affirm the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.